UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOYCE ANDERSON, ESTATE OF JOYCE ANDERSON, MICHAEL ANDERSON AS ADMINISTRATOR OF THE ESTATE OF JOYCE ANDERSON AND AS ADMINISTRATOR AD PROSEQUENDUM ON BEHALF OF THE HEIRS-AT-LAW OF JOYCE ANDERSON, AND MICHAEL ANDERSON, INDIVIDUALLY,<br><br>                                    Plaintiffs,<br><br>            v.<br><br>HESHAM A. HAGGAG, RASIER, LLC, JOHN DOE 1-10 AND ABC CORP 1-10 (said names being fictitious for persons and entities unknown at this time)<br>                                    Defendants, | CIVIL ACTION No. |

## 7.1 DISCLOSURE STATEMENT OF DEFENDANT RASIER, LLC

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Rasier, LLC (hereinafter "Rasier"), by and through its undersigned attorneys, Goldberg Segalla LLP, discloses the following:

Based solely on SEC filings regarding beneficial ownership of Rasier's stock, Rasier is unaware of any other publicly held corporation who beneficially owns more than 10% of Rasier's outstanding stock.

**GOLDBERG SEGALLA, LLP**

Dated: July 2, 2021

By:    */s/ Teagan S. Allen*_____
         Teagan S. Allen, Esquire
Mail to: PO Box 580 Buffalo, NY 14201
1037 Raymond Boulevard, Suite 1010
Newark, New Jersey 07102-5423
Telephone: (973) 681-7027
*Attorneys for Defendant, Rasier, LLC*

30438407.v1